# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br>PLAINTIFF<br>v.<br><br>Arutyun Sarkisyan<br><br>DEFENDANT(S). | CASE NUMBER **CR 8-1390-1**<br>~~08-MJ-2808-1~~<br><br>**ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT** |
|---|---|

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __December 9__, __2008__, at __3:00__ ☐ a.m. / ☒ p.m. before the Honorable __Jacqueline Chooljian__, in Courtroom __20__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __12/2/08__            _____
                              U.S. District Judge/Magistrate Judge