# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF<br>v.<br>Arutyun Sarkisyan<br>DEFENDANT(S). | CASE NUMBER<br>08- MJ- 2808 -1<br><br>ORDER OF TEMPORARY DETENTION<br>PENDING HEARING PURSUANT<br>TO BAIL REFORM ACT |
|---|---|

Upon motion of __defendant__, IT IS ORDERED that a detention hearing is set for __December 9__, __2008__, at __3:00__ ☐ a.m. / ☑ p.m. before the Honorable __Jacqueline Chooljian__, in Courtroom __20__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __12/2/08__

_____
U.S. District Judge/Magistrate Judge

---

ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT
CR-66 (10/97)                                                                                    Page 1 of 1